Argued and submitted December 20, 1991, judicial review dismissed
February 12, 1992

## JOHN TROY SEAY,
*Petitioner,*

*v.*

## BOARD OF PAROLE,
*Respondent.*

(CA A66950)

823 P2d 1051

Lawrence J. Hall, Deputy Public Defender, Salem, argued the cause for petitioner. With him on the brief was Sally L. Avera, Public Defender, Salem.

Yuanxing Chen, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.